UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DENISE SHEPHERD, <br><br> Plaintiff, <br><br> v. <br><br> CORNERSTONE RESIDENTIAL LLC; SENIOR BE LLC; and MONTE SUE IMHOFF, <br><br> Defendants. | **REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTIONS TO DISMISS (DOC. NOS. 55 & 56) AND DISMISS ACTION WITH PREJUDICE** <br><br> Case No. 2:22-cv-00179 <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Daphne A. Oberg |

On March 17, 2022, pro se plaintiff Denise Shepherd filed this action alleging violations of her rights under the Fair Housing Act.[1]  The defendants filed an answer on June 14, 2022.[2]  On July 28, 2022, the defendants filed a notice of settlement.[3]  Thereafter, Ms. Shepherd filed two motions to dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure, referencing the settlement.[4]  The deadline to respond has passed and no response has been filed.

---

[1] (*See* Compl., Doc. No. 4.)

[2] (Doc. No. 32.)

[3] (Doc. No. 48.)

[4] (Mots. to Dismiss with Prejudice, Doc. Nos. 55 & 56.)  These documents were originally lodged on the docket on November 16, 2022.  (*See* Doc. Nos. 52 & 53.)  On December 19, 2022, the court entered an order construing the documents as motions to dismiss, directing the clerk's office to docket them accordingly, and setting a response deadline.  (*See* Doc. No. 54.)  The motions were docketed the same day.  (*See* Doc. Nos. 55 & 56.)

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that an action may be dismissed at the plaintiff's request "by court order, on terms that the court considers proper."[5] Where Ms. Shepherd moves to dismiss with prejudice, and the defendants have not responded or objected, dismissal of this action with prejudice is proper. Accordingly, the undersigned[6] RECOMMENDS the district judge GRANT the motions to dismiss and DISMISS this action with prejudice.

RECOMMENDATION

The undersigned RECOMMENDS the district judge GRANT Ms. Shepherd's motions to dismiss[7] and DISMISS this action with prejudice. The court will send copies of this Report and Recommendation to all parties, who are notified of their right to object to it. Any objection must be filed within fourteen days of service.[8] Failure to object may constitute waiver of objections upon subsequent review.

DATED this 27th day of March, 2023.

BY THE COURT:

_Daphne A. Oberg_

Daphne A. Oberg
United States Magistrate Judge

---

[5] Fed. R. Civ. P. 41(a)(2).

[6] This case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) on March 23, 2022. (Doc. No. 10.)

[7] (Doc. Nos. 55 & 56.)

[8] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).